IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SYMANTEC CORPORATION, a Delaware )
Delaware corporation; and QUARTERDECK )
CORPORATION, a Delaware corporation, )
                                                 Plaintiffs, )    Case No. 02-406-KI (Lead Case)
                                                  )    Case No. 04-227-KI
    vs. )       CONSOLIDATED CASES
                                                  )
CD MICRO, INC., an Oregon corporation, and )    ORDER
VINCENT L. WEBB, an individual, )
                                                 Defendants. )

Ronald Sticka, U.S. Trustee in bankruptcy for the )
Estate of CD MICRO, INC., )
                               Third Party Plaintiff, )
    vs. )
UNIK ASSOCIATES, LLC. )
                               Third Party Defendant. )

Page 1 - ORDER

Stephen S. Ford
Marger Johnson & McCollom, P.C.
1030 S. W. Morrison Street
Portland, Oregon  97205-2626

Lawrence K. Rockwell
Eric Doney
Julie E. Hofer
Ariana Seldman Hawbecker
Donahue Gallagher Woods
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570

  Attorney for Plaintiff

Steven M. Wilker
David Aman
Tonkon Torp LLP
1600 Pioneer Tower
888 S. W. Fifth Avenue
Portland, Oregon  97204-2099

  Attorney for Defendant UNIK Associates, LLC.

Joseph A. Yazbeck
Robert K. Lau
Yasbeck, Cloran & Hanson, LLC.
1300 S. W. Fifth Avenue, Suite 2750
Portland, Oregon  97223

  Attorney for Third Party Plaintiff

///

///

///

KING, Judge:

The Motion of Symantec for Award of Attorneys Fees (#404) is granted in part. Symantec is awarded $316,577.64 in attorney fees against Unik. Symantec's Motion for Costs (#411) and Bill of Costs (#413) are granted. Symantec is awarded $9,449.76 in costs against Unik. Unik's Cost Bill (#416) is granted in part. Unik is awarded $2,026.02 in costs against CD Micro. Any discrepancy in the Opinion dated August 12, 2005, is amended to reflect this Order.

IT IS SO ORDERED.

Dated this   16th   day of August, 2005.

    /s/ Garr M. King
Garr M. King
United States District Judge